*John H. Martin,* for plaintiff.

---

## SOLOMON & SON *v.* HARP.

*Simmons, C. J.*—It was error upon the trial of a claim to realty to dismiss the levy upon the ground that the day of the month upon which it was made was not shown by the sheriff's entry, the month and the year being distinctly stated.

July 13, 1896.  By two Justices.                *Judgment reversed.*

. Levy and claim.   Before Judge Smith.   Wilcox superior court.    September term, 1895.

The entry of levy was dated, "this — day of December, 1889."   The plaintiff not offering to show the exact date, the court dismissed the levy.

*Hal Lawson,* for plaintiff.